NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLARENCE J. SANTOS, JR., | : Hon. Faith S. Hochberg |
| Plaintiff, | : Civil No. 07-6028 (FSH) |
| v. | : **ORDER** |
| QUINTON TUCKER, et. al, | : Date: February 21, 2008 |
| Defendants. | : |

This matter comes before the Court upon the Plaintiff's Motion for Remand and upon the Court's obligation to review jurisdiction in this case; and

it appearing that on December 26, 2007, the Court ordered the parties to provide "a good faith statement of the dollar amount in controversy, with the basis for calculating damages and all supporting documentation. If any component of the damages claimed cannot be stated with precision at this time, so indicate in the filing and state what information is needed to specify the computation of damages and the date upon which such information can be supplied." and

it appearing that none of the parties responded to this Order;

**IT IS** on this 21st day of February, 2008,

**ORDERED** that Plaintiffs shall provide a good faith statement of the dollar amount in controversy with the basis for calculating damages and all supporting documentation. If any component of damages claimed cannot be stated with precision at this time, plaintiff may so

indicate in the filing and state what information is needed to specify the computation of damages at the date upon which such information can be supplied. This statement of the amount in controversy shall be provided no later than **February 27, 2008**; and it is further

  **ORDERED** that Defendants shall also provide a good faith statement of the dollar amount in controversy with their opposition papers to the Plaintiff's Motion to Remand no later than **March 3, 2008**; and it is further

  **ORDERED** that failure to comply with this Order may result in sanctions.

                **/s/ Faith S. Hochberg**
                Hon. Faith S. Hochberg, U.S.D.J.